[No. 11857-6-III. Division Three. March 9, 1993.]

*In the Matter of the Welfare of* C.L.

WAYNE L., ET AL, *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 91-7-00111-4, Kathleen M. O'Connor, J., entered August 20, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[No. 11966-1-III. Division Three. March 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO RODRIGUEZ ALVAREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-01215-1, Stephen M. Brown, J., entered October 10, 1991. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11628-0-III. Division Three. March 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CORONADO RAMOS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-00186-9, Bruce P. Hanson, J., entered May 22, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, A.C.J., and Munson, J.